# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NIC BARONE,** | : | |
|    **Plaintiff** | : | No. 1:22-cv-01232 |
| | : | |
|    **v.** | : | (Judge Kane) |
| | : | |
| **IDEXCEL, INC., et al.,** | : | |
|    **Defendant** | : | |

## ORDER

**AND NOW**, on this 10th day of January 2023, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Defendant Idexcel, Inc. ("Defendant")'s motion to dismiss (Doc. No. 11) Count II of Plaintiff Nic Barone ("Plaintiff")'s complaint is **DENIED**; and

2. Idexcel shall file an answer to Plaintiff's complaint (Doc. No. 1) within twenty-one (21) days of the date of this Order.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
